United States Bankruptcy Court
Eastern District of North Carolina New Bern Division

IN RE
DOUGLAS GRATES
414 OREGON TRAIL

1501199
PRO SE
XXX, XX 00000-0000

HUBERT, NC 28539

SSN or Tax I.D. XXX-XX-2682

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

Other Names Used:

CLAIM NO:  -Court- A                    U.S.

OBJECTION TO CONFIRMATION
AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee reports to the Court that the plan of the debtor(s) does not meet the requirements of 11 USC 1325 in that:

The debtor failed to appear at his 341 meeting of creditors.

It is requested that the Court enter an Order denying confirmation and dismissing the case, and

The debtor is hereby notified that unless the debtor(s) file(s) a written request for a hearing within twenty-one (21) days of this notice, the Court will summarily dismiss this case without further notice or hearing.

DATED:  April 07, 2015                    /S/ Joseph A. Bledsoe, III

                                          Joseph A. Bledsoe, III
                                          Chapter 13 Trustee

| | | | |
|---|---|---|---|
| CASE: 1501199 | TRUSTEE: 2V | COURT: 278 | Page 1 of 1 |
| TASK: 04-06-2015.00467120.BLB008 | | DATED: 04/07/2015 | |

Court             Served Electronically

Trustee           Joseph A. Bledsoe, III                    P.O. Box 1618
                                                            New Bern, NC 28563

Debtor            DOUGLAS GRATES                            414 OREGON TRAIL
                                                            HUBERT, NC 28539

799    000002    PRO SE
                                                            XXX, XX 00000-0000

**4 NOTICES**

THE ABOVE REFERENCED MOTION WAS MAILED TO EACH OF THE ABOVE ON  04/07/2015.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    04/07/2015    BY  /S/EPIQ Systems, Inc.

*CM - Indicates motion served via Certified Mail